# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCISCO JAVIER BLAZQUEZ GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NUTRIBULLET, L.L.C., a California Limited Liability Company, CAPITAL BRANDS, L.L.C., a California Limited Liability Company, HOMELAND HOUSEWARES, L.L.C., a California Limited Liability Company, CALL TO ACTION, L.L.C., a California Limited Liability Company, NUTRILIVING, L.L.C., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-09348-DDP (GJSx)<br><br>**JUDGMENT** |

On July 15, 2022, the Court granted defendant Amazon.com Services LLC's ("Amazon") Motion to Dismiss Plaintiff Francisco Javier Blazquez Garcia's ("Plaintiff") First Amended Complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. (ECF No. 47.)

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Judgment of dismissal is entered in favor of Amazon and against Plaintiff as to each and every claim asserted in Plaintiff's First Amended Complaint.

2. Plaintiff shall take nothing by way of his claims against Amazon.

Date: July 18, 2022

_____
Honorable Dean D. Pregerson
United States District Judge