JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCISO JAVIER BLAZQUEZ GARCIA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NUTRIBULLET, L.L.C., a California Limited Liability Company, CAPITAL BRANDS, L.L.C., a California Limited Liability Company, HOMELAND HOUSEWARES, L.L.C., a California Limited Liability Company, CALL TO ACTION, L.L.C., a California Limited Liability Company, NUTRILIVING, L.L.C., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-09348-DDP (GJSx)<br><br>**ORDER RE: STIPULATION [50] OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby, dismissed with prejudice to all claims, causes of action against Defendants NutriBullet, LLC, Capital Brands, LLC, Call to Action, LLC, Homeland Housewares, LLC, and Nutriliving, LLC, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

Dated: November 14, 2022      By: _____

Judge Dean D. Pregerson
United States District Judge